UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COPPER DART INC.,

      Plaintiff,

Case No. 23-cv-11911
Hon. Matthew F. Leitman

v.

SECRETARY OF U.S. DEPARTMENT
OF STATE, Antony Blinken,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal With Prejudice, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2024, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126